FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 FEB 22 PM 12: 05
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IVAN RUSSELL CUNNINGHAM,

    Plaintiff,

v.

BRANDI PAYNE; SHANNON HIGGS; WILL HERNDON; ANDY GAFFNEY; DAVID WILLIAMSON; and LEE CREAMER,

    Defendants.

CIVIL ACTION NO.: CV610-042

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant Brandi Payne are **DISMISSED**, without prejudice.

SO ORDERED, this ___ day of _Feb._, 2011.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA