FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 FEB 29  AM 10: 13

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

IVAN RUSSELL CUNNINGHAM,

    Plaintiff,

v.

SHANNON HIGGS; WILL HERNDON;
ANDY GAFFNEY; DAVID WILLIAMSON;
and LEE CREAMER,

    Defendants.

CIVIL ACTION NO.: CV610-042

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion to Dismiss is **DENIED**.

**SO ORDERED**, this 27th day of Feb., 2012.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)